UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY L. VEASEY,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **No. 24-cv-6460** |
| : | |
| **SCOTT DICLAUDIO**, *et al.*, : | |
|     **Defendants.** : | |

**O R D E R**

**AND NOW**, this 27th day of February, 2025, upon consideration of Gregory L. Veasey's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Veasey's Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Veasey challenging his convictions and sentence by proceeding in a new case on a petition for writ of *habeas corpus* after exhausting state remedies, and without prejudice to Veasey filing a new case seeking damages only in the event his underlying convictions are first reversed, vacated, or otherwise invalidated.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**